United States District Court
Southern District of Texas
**ENTERED**
November 20, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KLAY ABBOTT<br>Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO.<br>3:13-cv-00353 |
| BNSF RAILWAY COMPANY<br>Defendant | §<br>§<br>§ | JURY TRIAL DEMANDED |

## FINAL JUDGMENT

Pursuant to the jury verdict rendered in this case, the plaintiff, Klay Abbott, shall take nothing in his suit against the defendant, BNSF Railway Company. Costs are taxed against plaintiff.

This is a final judgment.

Signed this 20th day of November, 2015.

JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE

1