United States District Court
Southern District of Texas
**ENTERED**
February 11, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| KLAY ABBOTT | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-13-353 |
| | § | |
| BNSF RAILWAY COMPANY | § | |

## O R D E R

On January 19, 2016, after reviewing the "costs dispute" in this case the Court ordered BNSF to "supplement its Bill of Costs with all appropriate receipts and documentation in support of its recoverable costs." On January 21, 2016, BNSF did so. To date, no further challenge to the Bill of Costs has been raised by Plaintiff.

After review of the documents submitted by BNSF it is **ORDERED** that Plaintiff's objections are **OVERRULED**, U.S. XEX Rel Long v. GSDM idea City, L.L.C., No. 14-110049, 2015 WL 7744578, at *2 (5th Cir. Dec. 1, 2015), and that BNSF's Bill of Costs (Instrument no. 114) **SHALL** be **APPROVED** by the District Clerk.

**DONE** at Galveston, Texas, this _____11th_____ day of February, 2016.

_____
John R. Froeschner
United States Magistrate Judge